UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANA MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, foreign corporation; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-02098-GMN-EJY<br><br>**ORDER** |

On two separate occasions the Clerk's Office mailed pro se Plaintiff copies of Orders issued by the Court. The mail was returned on each occasion as undeliverable. ECF Nos 8, 17. Plaintiff, who is appearing pro se, must maintain an accurate address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1 requiring *pro se* parties to do so. Under this Rule, failure to maintain a current address with the Court "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff must, no later than **July 12, 2024**, submit to the Court an updated and good mailing address. Plaintiff must also provide her email address and telephone number if they are available.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with the terms of this Order may lead to a recommendation to dismiss this matter without prejudice.

IT IS FURTHER ORDERED that if Defendant has a good email address for Plaintiff, Defendant must email a copy of this Order to that address explaining the Court required Defendant to do so.

IT IS FURTHER ORDERED that if no email address is available, defense counsel is to contact Plaintiff by telephone to advise her of the Court's Order and obtain, if possible, an address or email address to which defense counsel can send a copy of the Order.

1

IT IS FURTHER ORDERED that defense counsel **must** file a notice of compliance with the terms of this Order that apply to him.

Dated this 14th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE