UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANA MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRADER JOE'S COMPANY, foreign corporation; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-02098-GMN-EJY<br><br>**ORDER** |

On June 14, 2024, the Court entered an Order requiring Plaintiff, now proceeding *pro se*, to file, no later than July 12, 2024, a good mailing address so the Court may communicated effectively with her. ECF No. 18. Plaintiff failed to do so. On July12, 2024, the Court entered a Minute Order requiring Defendant to file a status report providing certain information including whether (1) Defendant was able to contact Plaintiff in order to provide her with a copy of the June 14, 2024 Order, (2) Plaintiff had otherwise been in contact with Defendant and confirmed or provided a good mailing address, and (3) there had been any other activity in the case indicating Plaintiff's intent to continue to prosecute her case. ECF No. 19. On that same day, Defendant filed a Notice of Compliance stating Defendant mailed the Court's June 14, 2024 Order to two addresses it has for Plaintiff, Defendant has no email address for Plaintiff, and Plaintiff has not been in communication with Defendant confirming she intends to prosecute her case. ECF No. 20. Nonetheless, Defendant suggested that Plaintiff may be attempting to retain counsel. *Id*. Defendant does not object to providing Plaintiff some additional time to find counsel and communicate the same to the Court. *Id*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is provided one additional opportunity to provide a good mailing address to the Court. Plaintiff **must** include with her August 19, 2024 filing notice of her intent to proceed with her case. Plaintiff **must** file her updated address and notice of intent to proceed no later than **August 19, 2024**.

1       IT IS FURTHER ORDERED that this period of time is also available to Plaintiff for purposes of retaining counsel if she chooses to do so.

2       IT IS FURTHER ORDERED that Defendant **must** mail a copy of this Order to Plaintiff and file a Notice of Compliance no later than **July 18, 2024**.

3       IT IS FURTHER ORDERED that Plaintiff's failure to file an address and intent to proceed with the Court by **August 19, 2024**, **will** result in a recommendation to dismiss this action in its entirety.

Dated this 14th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE