**STIP**
JASON W. PEAK, ESQ. (SBN 7131)
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
T: (775) 322-1170
E: jpeak@laxaltlaw.com
*Attorney for Defendant*
*Trader Joe's Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANA MILLER, an individual,<br><br>   Plaintiff,<br><br>  vs.<br><br>TRADER JOE'S COMPANY, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>   Defendants. | Case No.: 2:23-cv-02098-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF THE JOINT PRETRIAL ORDER DEADLINE** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JANA MILLER, and Defendant, TRADER JOE'S COMPANY, by and through their respective attorneys of record to extend the deadline for the Joint Pretrial Order, that is due on July 17, 2025, by fourteen (14) days, or a specific date otherwise ordered by this Court.

   Good cause exists to extend this deadline, as current counsel for Trader's Joe's Company has just been substituted into this case and counsel is working diligently to get up to speed in this matter.

IT IS SO STIPULATED

Page **1** of **2**

1

2  | DATED this 18th day of July, 2025 | DATED this 18th day of July, 2025 |

3  MUELLER & ASSOCIATES, INC.        LAXALT LAW GROUP, LTD.

4

5  */s/ Craig A. Mueller*_____   */s/ Jason W. Peak*_____
   CRAIG A. MUELLER, ESQ.              JASON W. PEAK, ESQ.
6  808 S. 7TH Street                   9790 Gateway Dr., Ste. 200
   Las Vegas, NV 89101                 Reno, NV 89521
7  *Attorney for Plaintiff*            *Attorney for Defendants*

8

9

10  **IT IS SO ORDERED**

11

12         DATED this 18th day of July, 2025

13                                                        _____
14                                                        U.S. MAGISTRATE JUDGE

15

16

17

18  RESPECTFULLY SUBMITTED

19

20  By: _____
    Jason W. Peak, Esq. (SBN 7131)
21  LAXALT LAW GROUP, LTD.
    9790 Gateway Dr., Ste. 200
22  Reno, Nevada 89521
    *Attorney for Defendant Trader Joe's Company*

23

24

25

26

27

28