

MICHAEL LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6889 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Trader Joe's Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jana Miller, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Trader Joe's Company, a Foreign Corporation; Does I-X; and Roe Corporations I-X, inclusive,<br><br>Defendant. | Case No.: 2:23-cv-02098<br><br>**Motion to Substitute Counsel** |

      Trader Joe's Company substitutes Michael P. Lowry, Esq. of Wilson, Elser, Moskowitz, Edelman, & Dicker, LLP, as its counsel of record in the place Jason W. Peak, Esq. of Laxalt Law Group, LTD.

      DATED this 8th day of January 2026.

      TRADER JOE'S COMPANY

      BY: */s/ Salvador Lozano*

326358791v.1

Michael P. Lowry, Esq. agrees to appear as the attorney of record for Trader Joe's Company in 2:23-cv-02098.

DATED this 8th day of January 2026.



BY: /s/ Michael P. Lowry
MICHAEL P. LOWRY
Nevada Bar No. 10666
6889 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401

Jason W. Peak, Esq. agrees to the substitution of Michael P. Lowry, Esq. as attorney of record for Trader Joe's Company in 2:23-cv-02098.

DATED this 8th day of January 2026.

LAXALT LAW GROUP, LTD.

/s/ Jason W. Peak
JASON W. PEAK
Nevada Bar No. 7131
9790 Gateway Drive, Suite 200
Reno, NV 89521
Tel: 775-322-1170

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: January 8, 2026

-2-

326358791v.1