

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6889 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Trader Joe's Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jana Miller, an individual;<br><br>             Plaintiff,<br><br>  vs.<br><br>Trader Joe's Company, a Foreign Corporation; Does I-X; and Roe Corporations I-X, inclusive,<br><br>             Defendant. | Case No.: 2:23-cv-02098<br><br>**Stipulation and Order to Continue Trial**<br><br>**(First Request)** |

The parties are informed Judge Navarro is presently trying 19-cr-103, a criminal case that started trial on March 23, 2026, and whose end date is unclear. Consequently, the parties stipulate to continue this case to the next stack starting August 3, 2026. Separately, Plaintiff's deadline to respond to ECF Nos. 49 and 50 is extended from June 5 to June 15, 2026.

**MUELLER & ASSOCIATES, INC.**



BY: */s/ Craig Mueller*
Craig Mueller
Nevada Bar No. 4703
Attorneys for Jana Miller

BY: */s/ Michael P. Lowry*
Michael P. Lowry
Nevada Bar No. 10666
Attorneys for Trader Joe's Company

**IT IS FURTHER ORDERED** that Jury Trial is continued to August 3, 2026, at 8:30 A.M. Calendar Call is continued to July 28, 2026, at 9:00 A.M.

**DATED:** June 5, 2026.

**It is so ordered.**

_____
District Judge

337012116v.1