WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6889 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Trader Joe's Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jana Miller, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Trader Joe's Company, a Foreign Corporation; Does I-X; and Roe Corporations I-X, inclusive,<br><br>Defendant. | Case No.: 2:23-cv-02098<br><br>**Stipulation and Order to Dismiss** |

The parties stipulate to dismiss this case with prejudice, each to bear their own fees and costs. The trial date was previously vacated.

| | |
|---|---|
| **MUELLER & ASSOCIATES, INC.**<br><br>BY: */s/ Craig Mueller*<br>Craig Mueller<br>Nevada Bar No. 4703<br>Attorneys for Jana Miller | WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>BY: */s/ Michael Lowry*<br>Michael P. Lowry<br>Nevada Bar No. 10666<br>Attorneys for Trader Joe's Company |
| | **It is so ordered.**<br><br>Gloria M. Navarro, District Judge<br>UNITED STATES DISTRICT COURT |